562

473 A.2d 650

Commonwealth v. Oehrle, Appellant.

Argued January 10, 1984. John H. Martin, III, for appellant; Christopher S. Serpico, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Order and judgment of sentence affirmed.

473 A.2d 650

Commonwealth v. Pacewicz, Appellant.

Submitted November 4, 1983. John Joseph Cerra, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Order affirmed.